# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 16-1251** | **September Term, 2015** |
| | NLRB-27-CA-066674 |
| | Filed On: August 30, 2016 [1632772] |

Schwan's Home Services Inc.,

    Petitioner

  v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 16-1294

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the cross-application for enforcement.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                        BY:    /s/
                                    Lynda M. Flippin
                                    Deputy Clerk