# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-1251**　　　　　　　　　　　　　　　　**September Term, 2016**

NLRB-27-CA-066674

Filed On: January 9, 2017 [1654784]

Schwan's Home Services Inc.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 16-1294

## O R D E R

    Upon consideration of the joint motion to hold the consolidated cases in abeyance pending completion of a settlement agreement and petitioner's compliance with its terms, it is

    **ORDERED** that the motion be granted and these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 30 days of the conclusion of settlement proceedings.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk
                    BY:   /s/
                                  Rebecca L. Thompson
                                  Deputy Clerk